GARY M. RESTAINO
United States Attorney
District of Arizona

JACQUELINE SCHESNOL
Assistant United States Attorney
Arizona State Bar No. 016742
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: jacqueline.schesnol@usdoj.gov
Attorneys for Plaintiff

FILED ✓     LODGED ___
RECEIVED ___    COPY ___

NOV 2 1 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-23-1633-PHX-DWL (DMF) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 371 (Conspiracy) Count 1 |
| 1. Kristopher Isaac Dinkins, (Counts 1 - 4) | 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2 (Material False Statement During the Purchase of a Firearm, and Aiding and Abetting) Counts 2 - 4 |
| 2. Angel Duran, (Counts 1 - 6) | |
| Defendants. | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) (Material False Statement During the Purchase of a Firearm) Counts 5 - 6 |
| | 18 U.S.C. §§ 924(d), 981, and 982; 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

From on or about April 28, 2022, through on or about November 2, 2022, within the District of Arizona, Defendants KRISTOPHER ISAAC DINKINS and ANGEL DURAN did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury, to commit offenses

against the United States, that is, to knowingly make material false statements or representations to a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, pertaining to information that the law requires the licensed dealer to keep, in violation of Title 18, United States Code, Section 922(a)(6), 924(a)(2), and 2.

### Purpose of the Conspiracy

The purpose of this conspiracy was to obtain firearms from a licensed dealer of firearms by means of knowingly making a material false statement and representation that concealed the identity of the true purchaser of the firearm from the records the dealer was required to maintain.

### The Means and Methods of the Conspiracy

The means and methods employed by Defendants KRISTOPHER ISAAC DINKINS and ANGEL DURAN, and persons known and unknown to the grand jury, to carry out the conspiracy and effect its unlawful objects are as follows:

It was part of the conspiracy that Defendants KRISTOPHER ISAAC DINKINS and ANGEL DURAN, and persons known and unknown to the grand jury, would purchase firearms that would be transferred to other individuals for a profit.

It was a further part of the conspiracy that Defendant KRISTOPHER ISAAC DINKINS would complete all required paperwork, including the ATF Form 4473, to indicate to the licensed dealer of the firearm that he was the true transferee/buyer to facilitate the purchase of the firearm.

### Overt Acts

In furtherance of the conspiracy, one or more of the co-conspirators committed, or caused to be committed, the overt acts described below:

1. On or between April 28, 2022, and at least November 2, 2022, Defendants KRISTOPHER ISAAC DINKINS and ANGEL DURAN communicated via text messages about purchasing firearms, including the price, color, make/model of the firearms, the location of the Federal Firearms Licensees (FFL), and the profits they would make from the sale of the firearms.

- 2 -

2. On September 15, 2022, Defendant KRISTOPHER ISAAC DINKINS completed two ATF Form 4473s at Roe Armory for two firearms and paid approximately $1,900 for the two rifles. On ATF Form 4473, Defendant KRISTOPHER ISAAC DINKINS answered the question that he was the true transferee/buyer, whereas in truth and fact, the firearm was for another person.

3. On September 21, 2022, Defendant KRISTOPHER ISAAC DINKINS completed ATF Form 4473 at Roe Armory for three firearms and paid $2,637.18 for the three rifles. On ATF Form 4473, Defendant KRISTOPHER ISAAC DINKINS answered the question that he was the true transferee/buyer, whereas in truth and fact, the firearm was for another person.

4. On September 22, 2022, another person attempted to enter the Republic of Mexico in possession of the three rifles KRISTOPHER ISAAC DINKINS purchased on September 21, 2022.

All in violation of Title 18, United States Code, Section 371.

## COUNTS 2 - 4

From on or about September 15, 2022, through on or about September 21, 2022, within the District of Arizona, Defendant KRISTOPHER ISAAC DINKINS, while aided and abetted by Defendant ANGEL DURAN, knowingly made a material false statement and representation in connection with the acquisition of firearm(s) to the business listed below, which was intended and likely to deceive the business as to a fact material to the lawfulness of a sale of firearm(s) by the business, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the listed business, in that Defendant KRISTOPHER ISAAC DINKINS did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating he was the actual

- 3 -

transferee/buyer, whereas in truth and fact, he knew that he was purchasing the firearm(s) for someone else:

| Count | Date | Location |
|-------|------|----------|
| 2 | 9/15/2022 | Roe Armory |
| 3 | 9/15/2022 | Roe Armory |
| 4 | 9/21/2022 | Roe Armory |

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## COUNTS 5 - 6

From on or about November 11, 2022, through on or about December 13, 2022, within the District of Arizona, Defendant ANGEL DURAN knowingly made a material false statement and representation in connection with the acquisition of firearm(s) to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of firearm(s) by the businesses, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant ANGEL DURAN did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating he was the actual transferee/buyer, whereas in truth and fact, he knew that he was purchasing the firearm(s) for someone else:

| Count | Date | Location |
|-------|------|----------|
| 5 | 11/20/2022 – 11/25/2022 | Tombstone Tactical |
| 6 | 12/07/2022 – 12/13/2022 | Friendly Thrift and Pawn |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

- 4 -

## **FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Counts 1 through 6 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 6 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's/s' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

If any of the forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

//
//
//
//
//
//

All in accordance with Title 18, United States Code, Sections 924(d), 981, and 982; Title 21, United States Code, Sections 853 and 881; Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date:  November 21, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona


/s/
JACQUELINE SCHESNOL
Assistant U.S. Attorney